

# NUMBER 13-23-00104-CV

# COURT OF APPEALS

# THIRTEENTH DISTRICT OF TEXAS

# CORPUS CHRISTI – EDINBURG

### IN THE GUARDIANSHIP OF JIMMY D. JANSKY,
### AN INCAPACITATED PERSON

### On appeal from the 24th District Court
### of Jackson County, Texas.

# MEMORANDUM OPINION

### Before Justices Tijerina, Silva, and Peña
### Memorandum Opinion by Justice Tijerina

Appellants Joan B. Jansky and Lonnie D. Jansky appealed from an order appointing appellee Nicole Barrett the guardian of the proposed ward. Subsequently, appellants filed a petition for writ of mandamus in our Court arguing that the trial court lacked jurisdiction to appoint Barrett as J.D.J.'s guardian. *In re Joan B. Jansky and Lonnie D. Jansky*, No. 13-23-00157-CV, 2023 WL 3749343, at *1 (Tex. App.—Corpus Christi–Edinburg May 31, 2023, no pet. h.) (mem. op.). We agreed with appellants and conditionally granted the petition for writ of mandamus and directed the trial court to

vacate its guardianship order, and any following orders, as void.[1]  *See id.* at *4.

On June 7, 2023, appellants filed a motion to dismiss this appeal stating that it is now moot because the order appointing Barrett as J.D.J.'s guardian has been ordered vacated by this Court's mandamus order. *See Tex. Dep't of Family & Protective Servs. v. N.J.*, 644 S.W.3d 189, 192 (Tex. 2022) ("A case is moot when a justiciable controversy no longer exists between the parties or when the parties no longer have a legally cognizable interest in the outcome."). We agree with appellants that this cause is now moot. *See id.*; *Klein v. Hernandez*, 315 S.W.3d 1, 3 (Tex. 2010) ("Appellate courts are prohibited from deciding moot controversies because the separation-of-powers article prohibits advisory opinions on abstract questions of law.").

The Court, having considered the documents on file and the motion to dismiss the appeal, is of the opinion that the motion should be granted. *See* TEX. R. APP. P. 42.1(a). The motion is granted. We hereby dismiss this appeal. Costs will be taxed against appellants. *See* TEX. R. APP. P. 42.1(d) ("Absent agreement of the parties, the court will tax costs against the appellant."). Having dismissed the appeal at appellants' request, no motion for rehearing will be entertained.

JAIME TIJERINA
Justice

Delivered and filed on the
22nd day of June, 2023.

---

[1] Our memorandum opinion conditionally granting the appellants' petition for writ of mandamus has a more detailed description of the underlying facts. *See In re Joan B. Jansky and Lonnie D. Jansky*, No. 13-23-00157-CV, 2023 WL 3749343, at *1–3 (Tex. App.—Corpus Christi–Edinburg May 31, 2023, no pet. h.) (mem. op.).